(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**American Business Financial Services, Inc., a Delaware Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>N/A |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names):<br>N/A |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>51-0322198 | Soc. Sec./Tax I.D. No. (if more than one, state all):<br>N/A |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**The Wanamaker Building**<br>**100 Penn Square East**<br>**Philadelphia, PA 19107** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>N/A |
| County of Residence or of the<br>Principal Place of Business:   Philadelphia, PA | County of Residence or of the<br>Principal Place of Business:   N/A |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address):<br>N/A |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**See Schedule 1 attached hereto and made a part hereof.**

**Type of Debtor** (Check all boxes that apply)
- ☐ Individual(s)
- ☑ Corporation
- ☐ Partnership
- ☐ Other _____
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker

**Chapter or Section of the Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7    ☑ Chapter 11    ☐ Chapter 13
- ☐ Chapter 9    ☐ Chapter 12
- ☐ Sec. 304 – case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- ☐ Consumer/Non-Business    ☑ Business

**Chapter 11 Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)
- ☑ Full Filing Fee Attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)    THIS SPACE IS FOR COURT USE ONLY
- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| Estimated Number of Creditors*: | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ |

| Estimated Assets* | | | | | | |
|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $100 million | More than $100 million |
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ |

| Estimated Debts* | | | | | | |
|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $100 million | More than $100 million |
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ |

\* This information is presented on a consolidated basis for the debtor and its affiliated debtor entities.

101997.01600/21206518v5

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>American Business Financial Services, Inc., a Delaware Corporation |
|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: None | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: See Schedule 1 attached hereto and made a part hereof.<br>District: | Case Number<br>Relationship: | Date Filed:<br>Judge: |
|---|---|---|

## SIGNATURES

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of Attorney

X *Bonnie Fatell* (signature)
Signature of Attorney for Debtor(s)

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
302-425-6400, 302-425-6464 (fax)

Dated: January 21, 2005

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____ (signature)
Signature of Authorized Individual

Anthony J. Santilli
Printed Name of Authorized Individual

President & Chief Executive Officer
Title of Authorized Individual

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☒ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)    Date

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No.

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

| United States Bankruptcy Court for the District of Delaware ||
|---|---|
| In re American Business Financial Services, Inc., a Delaware Corporation,<br><br>　　　　　　　　　　　　　　Debtor. | Case No._____<br><br>Chapter 11 |

# SCHEDULE 1 - ATTACHMENT TO VOLUNTARY PETITION
List of Co-Debtors:

      On the date hereof, the following affiliated entities filed petitions for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware:

1. American Business Credit, Inc., a Pennsylvania corporation.

2. American Business Mortgage Services, Inc., a New Jersey corporation.

3. HomeAmerican Credit, Inc., a Pennsylvania corporation.

4. Tiger Relocation Company, a Pennsylvania corporation.

United States Bankruptcy Court for the District of Delaware

| In re American Business Financial Services, Inc., a Delaware Corporation,<br><br>Debtor. | Case No._____<br><br>Chapter 11 |
|---|---|

### Exhibit "A"

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is 000-22474.

2. The following financial data is the latest available information as reported in the Form 10-K/A and Proxy Statement as filed with the Securities and Exchange Commission on December 2, 2004 and based on the debtor's books and records.

   a. Total assets (consolidated, book value):  $1,083,396,000

   b. Total debts (consolidated):  $1,071,537,000

   |  |  | Approximate number of holders |
   |---|---|---|

   c. Debt securities held by more than 500 holders.

   secured ☑    unsecured ☐    subordinated ☑        $95,580,218        5,359
   (as of December 31, 2004)

   secured ☐    unsecured ☑    subordinated ☑        $490,026,000        21,362
   (as of December 31, 2004)

   d. Number of shares of preferred stock (as of December 31, 2004)    109,435,580    5,378

   e. Number of shares of common stock (as of October 5, 2004)    3,598,342    1,131

3. Brief description of debtor's business: American Business Financial Services, Inc., through its principal direct and indirect subsidiaries, originates, services and/or sells home equity, purchase money mortgage and business loans.

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor: Dimensional Fund Advisors Inc.: 5%; Anthony J. Santilli, Chairman, President, CEO, jointly with Beverly Santili, President of American Business Credit, Inc. and Executive Vice-President of HomeAmerican, Inc.: 33%; Michael R. DeLuca, Director: 6.6%; Barry P. Epstein, Managing Director of the National Wholesale Residential Mortgage Division: 6.1%

United States Bankruptcy Court for the District of Delaware

| In re American Business Financial Services, Inc., a Delaware Corporation,<br><br>Debtor. | Case No._____<br><br>Chapter 11 |
|---|---|

## CONSOLIDATED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

The following is a consolidated list of creditors holding the 20 largest unsecured claims, as of approximately January 20, 2005. The list has been prepared on a consolidated basis, based on the books and records of the debtor and certain affiliated entities that have contemporaneously commenced chapter 11 cases in this Court (collectively, the "Debtors"). The list has been prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101 or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. The information presented in the list shall not constitute an admission by, nor is it binding on the Debtors.

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim (if secured, also state value of security)* |
| THE STEWARDSHIP CENTER | PO BOX 411634<br>ST. LOUIS, MP 63141<br>Name: BOB BAMBERGER<br>Tel: 636-937-6306 | Subordinated Uncollateralized Noteholder | | 2,054,080.16 |
| JOHN A MALACK & EILEEN E MALACK | 607 WILMA ST, ENDICOTT, NY 13760-4515<br>Name: JOHN A MALACK<br>Tel: 607-785-2954 | Subordinated Uncollateralized Noteholder | | 1,916,552.42 |
| EMS EXECUTIVE MAILING SERVICES | 7855 WEST 111TH STREET, PALOS HILLS, IL 60465<br>Name: DAVE GUST<br>Tel: 708-974-0100<br>Fax: 708-974-0081 | Mailing Services | | 1,642,474.05 |
| INDEPENDENCE BLUE CROSS | 1901 MARKET STREET, PHILADELPHIA, PA 19103-1480<br>Name: ROBERT E FATTORI<br>Tel: 215-241-3474<br>Fax: 215-241-3437 | Insurance Provider | | 1,469,965.18 |
| CHRISTOPHER D'AMBROSIO & JULIA M D'AMBROSIO | 9 IDDINGS LN, NEWTOWN SQUARE, PA 19073-1424<br>Name: CHRISTOPHER D'AMBROSIO<br>Tel: 610-989-0988 | Subordinated Uncollateralized Noteholder | | 1,435,192.73 |
| ZC STERLING CORPORATION | ATTN ESCROW ACCOUNTING, 2812 BELLE HOLLOW CT GLENWOOD, MD 21738<br>Name: Joe Stellone<br>Tel: 410-489-0738<br>Fax: 410-489-0739 | Insurance Provider | | 1,397,893.91 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim (if secured, also state value of security) |
| WALTER J WOEGER | 1115 RHAWN STREET, PHILADELPHIA, PA 19111-2645 Name: WALTER J WOEGER Tel: 215-725-6087 | Subordinated Uncollateralized Noteholder | | 1,232,393.40 |
| HACKLEY FAMILY TRUST DTD1/1/90 & BART M HACKLEY JR TTEE | 106 S BAYFRONT, NEWPORT BEACH, CA 92662-1045 Name: BART M HACKLEY Tel: 949-673-1992 | Senior * Subordinated Collateralized Noteholder | | 1,174,232.99 |
| WANAMAKER OFFICE LEASE LP | 210 RITTENHOUSE SQUARE PHILADELPHIA, PA 19103 Name: Steve Gleason Tel: 215-893-6042 Fax: 215-893-6060 | Landlord | | 1,132,606.12 |
| FATEMEH KAFFASHAN | C/O ZORAY GODWIN 7601 CRITTENDON ST, PHILADELPHIA, PA 19118 Name: ZORAY GODWIN Tel: 215-247-1915 | Subordinated Uncollateralized Noteholder | | 1,065,275.46 |
| ARTHUR A HALL & PATRICIA A HALL | 25514 DAYTON AVE, BARSTOW, CA 92311-3453 Name: ARTHUR A HALL Tel: 760-253-5244 | Subordinated Uncollateralized Noteholder | | 1,034,279.71 |
| ROBERT REVITZ TR DTD 3/23/96 & ROBERT REVITZ TRUSTEE | 8338 N CANTA REDONDO, PARADISE VALLEY, AZ 85253 Name: ROBERT REVIRZ Tel: 480-998-0050 | Subordinated Uncollateralized Noteholder | | 1,021,232.21 |
| ALBERT BRODDACK SR | 625 DUNELLEN AVE DUNELLEN, NJ 08812-1026 Name: ALBERT BRODDACK SR Tel: 732-968-8784 | Senior * Subordinated Uncollateralized Noteholder & Subordinated Collateralized Noteholder | | 933,486.67 |
| LOWERMYBILLS.COM | 2401 COLORADO AVENUE, SANTA MONICA, CA 90404 Name: TED DHANIK Tel: 310-998-6417 Fax: 310-998-6997 | Internet Sales | | 928,733.50 |
| FRANK J PERSON | 20 MOLLY PITCHER DR, HAZLET, NJ 07730-2435 Name: FRANK JPERSON Tel: 732-739-1620 | Subordinated Uncollateralized Noteholder | | 820,073.62 |

\*    This debt is unsecured as to American Business Financial Services, Inc. and secured as to certain of the other debtors and affiliated companies

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim (if secured, also state value of security)* |
| MACK-CALI | 11 COMMERCE DRIVE, CRANFORD, NJ 07016<br>Name: MICHAEL NEVINES<br>Tel: 908-272-8000<br>Fax: 908-272-6755 | Landlord | | 772,225.73 |
| UN SHUN WONG & SU SHUI WONG | 8118 TUCKERMAN LN, POTOMAC, MD 20854-3742<br>Name: UN SHUN WONG<br>Tel: 301-299-2495 | Subordinated Uncollateralized Noteholder | | 727,524.22 |
| SYLVIA HO | 832 ROYAL ANN LANE CONCORD, CA 94518<br>Name: SYLVIA HO<br>Tel: 925-709-0345 | Senior * Subordinated Uncollateralized Noteholder & Subordinated Collateralized Noteholder | | 690,654.83 |
| MOORE WALLACE | C/O RR DONNELLEY RECEIVABLES INC, CLINTON, IL 61727<br>Name: Kurt Albright<br>Tel: 312-326-7233<br>Fax: 312-326-8344 | Printing Services | | 662,502.88 |
| BREAD & BUTTER LTD PARTNERSHIP & THEODORE SHOOLMAN | 2301 NE 45TH ST, LIGHTHOUSE POINT, FL 33064-7236<br>Name: WENDY COKE<br>Tel: 978-887-3627 | Subordinated Uncollateralized Noteholder | | 658,956.62 |

\*    This debt is unsecured as to American Business Financial Services, Inc. and secured as to certain of the other debtors and affiliated companies

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President and Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Consolidated List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date:    January 21, 2005

Signature _____
Anthony J. Santilli, President & Chief Executive Officer
(Print Name and Title)

# CERTIFICATION OF RESOLUTIONS
# OF THE BOARD OF DIRECTORS OF
# AMERICAN BUSINESS FINANCIAL SERVICES, INC.

The undersigned does hereby certify that the Board of Directors (the "Board") of American Business Financial Services, Inc., a Delaware corporation (the "Company"), duly adopted the following resolutions at a meeting held on or about January 21, 2005;

RESOLVED that in the judgment of the Board it is desirable and in the best interests of the Company, its creditors, stockholders and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11, United States Code (the "Bankruptcy Code"); and it is further

RESOLVED that, in connection therewith, the officers of the Company are hereby authorized, directed and empowered, on behalf of and in the name of the Company (the "Authorized Officers" and each, individually, an "Authorized Officer"), to execute and verify a petition in the name of the Company under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for District of Delaware in such form and at such time as the Authorized Officer executing said petition shall determine; and it is further

RESOLVED that the Authorized Officers, or any one of them be, and each hereby is, authorized, directed and empowered, with full power of delegation, on behalf of and in the name of the Company, to execute, verify and/or file, or cause to be filed and/or executed or verified (or direct others to do so on their behalf as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and in that connection to employ and retain all assistance by legal counsel, accountants or other professionals and to take any and all action which they deem necessary and proper in connection with each chapter 11 case contemplated hereby, and to take any necessary steps to coordinate the chapter 11 case with any concurrent bankruptcy proceedings by the Company's subsidiaries or its affiliates under the Bankruptcy Code; and it is further

RESOLVED that the Authorized Officers, or any one of them be, and each hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to employ and retain the law firm of Blank Rome LLP, One Logan Square, Philadelphia, PA 19103, as bankruptcy counsel for the Company in the chapter 11 case; and it is further

RESOLVED that the Authorized Officers, or any one of them be, and each hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to employ and retain such further legal, financial, accounting and bankruptcy services firms (together with Blank Rome LLP, the "Professionals") as may be deemed necessary or appropriate by the Authorized Officers, or any of them so acting; and it is further

RESOLVED that all acts lawfully done or actions lawfully taken by any officer of the Company or any of the Professionals to seek relief on behalf of the Company under chapter 11 of the Bankruptcy Code or in connection with such proceedings, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and it is further

RESOLVED that the Authorized Officers be, and each of them hereby is, authorized and empowered, with full power of delegation, for and in the name and on behalf of the Company to amend,

supplement or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements or other writings referred to in the foregoing resolutions; and it is further

RESOLVED that the Authorized Officers be, and each of them hereby is, authorized, with full power of delegation, for and in the name and on behalf of the Company, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered all such further agreements, documents, certificates and undertakings, and to incur all such fees and expenses, as in their judgment shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions; and it is further

RESOLVED that the Authorized Officers may take any of the steps set forth herein, including, but not limited to, seeking relief or causing relief to be sought under the provisions of chapter 11 of the Bankruptcy Code, on behalf of any or all of the direct or indirect subsidiaries, or its affiliates, as the Authorized Officers in their discretion deem appropriate; and it is further

RESOLVED that the term and conditions of the DIP financing set forth in the draft commitment letter presented to the Board are hereby approved (subject to such additional terms and conditions as management may determine to negotiate with the lender on the DIP financing), the granting of the liens and security interests in favor of the DIP lender as described therein (and as to such other persons as authorized by the Court) are hereby authorized and approved and the Company is authorized and directed to enter into such agreements and instruments in connection with such DIP financing as are necessary or desirable to complete such DIP financing.

_Stephen_ Steven M. Giroux, Secretary

101997.00100/11256793v4