# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 7 |
| | : |
| AMERICAN BUSINESS FINANCIAL | : Case No. 05-10203 (MFW) |
| SERVICES, INC., *et al.*, | : (Jointly Administered) |
| | : |
| Debtors. | : |
| | : Related Doc. No. (866, 895, 1100) |

## THIRD INTERIM ORDER GRANTING THE TRUSTEE'S CONTINUED USE OF CASH COLLATERAL

Upon further consideration of the Trustee's Emergency Motion for an Interim Order (I) Authorizing the Trustee to Operate the Debtors' Businesses for a Limited Period Pursuant to 11 U.S.C. Section 721; (II) Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. Section 363; and (III) Scheduling a Final Hearing Pursuant to Fed. R. Bankr. P. 4001 (the "Motion")[1] (Docket No. 866; 5/26/2005); and an interim order approving the Trustee's use of Cash Collateral having been entered on May 27, 2005 (Docket No. 895) (the "Interim Order") in conjunction with the Motion; and a second interim order approving the Trustee's Continued use of Cash Collateral having been entered on June 28, 2005 (Docket No. 1100) (the "Second Interim Order") in conjunction with the Motion; and it appearing that due notice of the Motion has been given to (i) Debtor's counsel, (ii) the United States Trustee, (iii) Greenwich Capital Financial Products, Inc., (iv) Wells Fargo Bank N.A., as Successor Trustee to U.S. Bank, N.A., (v) Law Debenture Trust Company of New York as Successor Trustee to U.S. Bank, N.A. (vi) Clearwing Capital LLC and (vii) The Patriot Group (viii) Debtors' twenty largest unsecured creditors, and (ix) all parties in

---

[1] Capitalized terms used herein shall have the meanings ascribed to them in the Motion unless otherwise expressly defined herein.

interest having requested notice pursuant to Rule 2002, and that no other or further notice need be given; and sufficient cause appearing therefore;

IS HEREBY ORDERED THAT:

1. The Trustee is hereby authorized to continue the use of Cash Collateral on an interim basis in accordance with the Interim Order and Second Interim Order until a final hearing is conducted pursuant to Fed. R. Bankr. P. 4001.

2. The Court will conduct a final hearing on the Trustee's use of Cash Collateral as requested in the Motion pursuant to Fed. R. Bankr. P. 4001 before the Honorable Mary F. Walrath, Chief United States Bankruptcy Court Judge at the United States Bankruptcy Court, 824 Market Street, CR No. 4, Wilmington, DE 19801 on August 12, 2005 at 9:30 a.m.

Dated: July 21, 2005

THE HONORABLE MARY F. WALRATH
CHIEF UNITED STATES BANKRUPTCY JUDGE

2

WILM1\31145\1 166868.000
7/19/05