IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN BUSINESS FINANCIAL SERVICES, INC., *et al.,*<br><br>Debtors. [1] | Chapter 7<br><br>Case No. 05-10203 (MFW)<br>(Substantively Consolidated) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MAY 8, 2019 AT 2:00 P.M.**

**CONTESTED MATTERS GOING FORWARD.**

1. Amended Motion of Albert David Slafman, Pursuant to Section 362(d) of the Bankruptcy Code, for an Order Granting Relief from the Automatic Stay Filed by Albert David Slafman, pro se
   [Filed 3/28/2019; Docket No. 6614]

   Related Documents:
   
   (a) Motion of Albert David Slafman, Pursuant to Section 362(d) of the Bankruptcy Code, for an Order Granting Relief from the Automatic Stay Filed by Albert David Slafman, pro se
   [Filed 3/20/2019; Docket No. 6611]

   (b) Notice of Deficient Filing
   [Filed 3/20/2019; Docket No. 6612]

   (c) Movant's Proposed Order [Docket No. 6611]

   (d) Trustee's Proposed Order [Docket No. 6615]

   Objection Deadline: April 10, 2019 at 4:00 p.m.

   Responses Received:

   (e) Limited Objection of Chapter 7 Trustee to Motion of Albert David Slafman, Pursuant to Section 362(d) of the Bankruptcy Code, for an Order Granting Relief from the Automatic Stay Filed by George L. Miller, Trustee
   [Filed 4/10/2019; Docket No. 6615]

   Status: This matter is going forward.

---

[1] American Business Financial Services, Inc, Case No. 05-10203, Tiger Relocation Company, Case No. 05-10204, American Business Credit, Inc., Case No. 05-10206, HomeAmerican Credit, Inc., Case No. 05-10207, American Business Mortgage Services, Inc., Case No. 05-10208 and ABFS Consolidated Holdings, Inc., Case No. 05-10217 (collectively, the "Debtors").

|  |  |
|---|---|
| Dated: May 6, 2019 | COZEN O'CONNOR |
| | */s/ John T. Carroll, III* |
| By: | |
| | John T. Carroll, III (DE No. 4060) |
| | 1201 N. Market Street |
| | Suite 1001 |
| | Wilmington, DE 19801 |
| | 302-295-2028 Telephone |
| | 302-295-2013 Fax |
| | jcarroll@cozen.com |
| | |
| | *Counsel to Chapter 7 Trustee,* |
| | *George L. Miller* |

2