# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AMERICAN BUSINESS FINANCIAL SERVICES, INC., *et al.,* | Case No. 05-10203 (MFW) (Substantively Consolidated) |
| Debtors.[1] | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 4, 2019 AT 2:00 P.M.

**CONTINUED MATTERS:**

1. Motion of Delbert R. Fehnel and Judith L. Fehnel to Authorize Trustee George L. Miller to Satisfy Mortgage
   [Docket No. 6630; Filed 7/11/2019]

   Related Documents  (a) Proposed Order

   Objection Deadline:  July 26, 2019 at 4:00 p.m.
   Extension granted to the Trustee to 9/23/2019 at 12:00 p.m.

   Responses Received:  None to date

   Status:  The parties have agreed to continue this matter to September 25, 2019 at 2:00 p.m.

Dated:  August 30, 2019

COZEN O'CONNOR

By:  */s/ John T. Carroll, III*

John T. Carroll, III (DE No. 4060)
1201 N. Market Street, Suite 1001
Wilmington, DE  19801
302-295-2028 Telephone
302-295-2013 Fax
jcarroll@cozen.com

*Counsel to Chapter 7 Trustee,
George L. Miller*

---

[1] American Business Financial Services, Inc, Case No. 05-10203, Tiger Relocation Company, Case No. 05-10204, American Business Credit, Inc., Case No. 05-10206, HomeAmerican Credit, Inc., Case No. 05-10207, American Business Mortgage Services, Inc., Case No. 05-10208 and ABFS Consolidated Holdings, Inc., Case No. 05-10217 (collectively, the "Debtors").